IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| FRANK W. RODRIGUEZ, JR. | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:17cv74 |
| MOHAMED TOUHAMI, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Frank W. Rodriguez, Jr., an inmate at the Lewis Unit, proceeding *pro se*, brought the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge entered a Report (docket entry no. 19) recommending that plaintiff's motion for preliminary injunction and motion for temporary restraining order (Docket Entry No. 10) should be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that plaintiff's motion for injunctive relief is **DENIED**.

**So Ordered and Signed**
**Mar 28, 2018**

_____
Ron Clark, United States District Judge